# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**RECEIVED**
JAN 04 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

DARIUS EDWARD SYKES
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

COMPASS GROUP USA
CROTHALL HEALTHCARE / Morrison Healthcare
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DARIUS E. SYKES
Street Address: 1610 W. 4th St.
City and County: Davenport Scott County, IA
State and Zip Code: Iowa 52802
Telephone Number: (563) 331-3006
E-mail Address: dariussykes013@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Defendant No. 1

- Name: COMPASS GROUP USA
- Job or Title (if known):
- Street Address: 2400 Yorkmont Road
- City and County: Charlotte Mecklenburg County
- State and Zip Code: North Carolina 28217
- Telephone Number: (704) 328-4000
- E-mail Address (if known):

Defendant No. 2

- Name: CROTHALL HEALTHCARE
- Job or Title (if known):
- Street Address: 1500 Liberty ridge drive Suite 210
- City and County: Wayne Radnor township
- State and Zip Code: Pennsylvania 19087
- Telephone Number: 1800-447-4476
- E-mail Address (if known):

Defendant No. 3

- Name: Morrison healthcare
- Job or Title (if known):
- Street Address: 400 Northridge RD. #600
- City and County: Atlanta, Fulton County
- State and Zip Code: Georgia 30350
- Telephone Number: 404-845-3380
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Compass Group USA/Crothall Healthcare
Street Address: 1227 E. Rusholme St.
City and County: Davenport Scott County
State and Zip Code: Iowa 52803
Telephone Number: 563-421-1700

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [x] Other acts *(specify)*: Harassment, failure to accommodate

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) April 17th - April 21st, 2020

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race — African American
- [x] color — Black/Brown
- [ ] gender/sex
- [x] religion — African Christian
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.
Denied reasonable accommodation as required by law. Claim filed with Iowa Civil Rights Commission and EEOC. Right to sue letter issued. Harrasment.

Page 4 of 6

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04-22-2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$13,000.00 - Pain and Suffering
$2,500.00 - lost wages
Public apology

I lost money and had a hard time surviving. I mentally suffered due to feeling like I was discriminated against. I had attended therapy and had to talk with family and also borrow money from family.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-23-2020

Signature of Plaintiff

Printed Name of Plaintiff: DARIUS EDWARD SYKES

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Administrative Release
## (Letter of Right-To-Sue)

| To:<br><br>LORANDA WILLIAMS ON BEHALF OF MINOR CHILD- DARIUS SYKES<br><br>1610 W 4TH STREET<br><br>DAVENPORT, IA 52802 | )<br>)<br>)<br>)<br>)<br>) | From:<br><br>Iowa Civil Rights Commission<br><br>Grimes State Office Building<br><br>400 E. 14th Street<br><br>Des Moines, Iowa 50319 |
|---|---|---|
| Complaint CP# 05-20-75059     EEOC# 26A-2020-00540C | | |

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code § 216.16 and 161 Iowa Administrative Code Section § 3.10. It is issued pursuant to your request.

The conditions precedent found in 161 Administrative Code § 3.10(2) have been met.

With this Right-To-Sue Letter, you have the right to commence an action in district court. That action must be commenced within ninety (90) days of the Right-To-Sue Letter issuance date, 10/19/2020. The Right-To-Sue Letter is not a finding by the ICRC on the merits of the charge. The ICRC will take no further action in this matter.

A copy of the Right-To-Sue Letter has been sent to the Respondent(s) as shown below. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. If you or your attorney would like to obtain a copy of the file, please submit your request in writing via regular mail, fax, or email to icrc@iowa.gov. The copy and processing fees are as follows:

- Photocopy of investigative files - .25¢ per page; copies of digital recordings $15.00 per electronic storage device (hard copy); actual cost of postage; search/supervisory fee $26.00 per hour
- Scanned copy of investigative files - $15.00 for first 150-page batch; $10.00 for each 150-page batch thereafter; copies of digital recordings $10.00 per electronic storage device (electronic copy); search/supervisory fee $26.00 per hour

If you opt for an electronic copy, you must provide an email address in order to receive the copy.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840
Email: icrc@iowa.gov

cc: File

    ERIN BALL, Respondent's Attorney
    COMPASS GROUP USA

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **Milwaukee Area Office**
**310 West Wisconsin Ave**
**Suite 500**
**Milwaukee, WI 53203**

Date **May 13, 2020**
EEOC Charge No. **26A-2020-00540**

FEPA Charge No. **05-20-75059**

CHARGE TRANSMITTAL

SUBJECT:

| **Darius E. Sykes** | v. | **COMPASS GROUP USA** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☐ EEOC  ☒ **Iowa Civil Rights Commission** on **Apr 22, 2020**
*Name of FEPA*   *Date of Receipt*

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver    ☐ FEPA waives

☐ No waiver requested    ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Elizabeth Johnson, Executive Director** | *E. J.* |

| **Darius E. Sykes** | v. | **COMPASS GROUP USA** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Julianne Bowman, District Director** | *Julianne Bowman, District Director* |

TO: **Iowa Civil Rights Commission**
**Grimes State Office Bldg**
**400 E. 14th Street**
**Des Moines, IA 50319**

Date **May 13, 2020**
EEOC Charge No. **26A-2020-00540**
FEPA Charge No. **05-20-75059**